OPINION — AG — ** LIENS — COUNTY CLERK — REGISTERED ** (1) A RELEASE OF LIEN IS AN INSTRUMENT AFFECTING AND RELATING TO REAL ESTATE AS CONTEMPLATED WITHIN THE PROVISIONS OF 16 O.S. 15 [16-15], 16 O.S. 26 [16-26] (2) A RELEASE OF LIEN MAY NOT BE RECEIVED FOR RECORDING BY THE COUNTY CLERK UNLESS THE INSTRUMENT CONSTITUTING THE RELEASE BE DULY EXECUTED AND ACKNOWLEDGED IN SUBSTANTIAL COMPLIANCE WITH THE PROVISIONS OF THE FILING OF LIENS AND MORTGAGES. ** NOTE: OVERRULED BY '689 P.2d 1279, DAVIDSON OIL COUNTRY SUPPLY V. PIONEER OIL (1984)' ** (MECHANIC'S, MATERIALMEN, REGISTERED, FILING, THIRD PARTIES, INSTRUMENTS, DEEDS) CITE: 16 O.S. 16 [16-16], 42 O.S. 5 [42-5], 16 O.S. 15 [16-15] [16-15], 42 O.S. 141 [42-141], 42 O.S. 1 [42-1] [42-1], 42 O.S. 142 [42-142], 16 O.S. 26 [16-26] (MANVILLE T. BUFORD)